No. 140, Misc.  FLETCHER *v.* FLOURNOY ET AL.  Court of Appeals of Maryland.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 321, Misc.  PRESTON *v.* TEXAS.  Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied for the reason that the application therefor was not made within the time provided by law.  Rule 38½ of the Rules of the Supreme Court.  *Arthur J. Mandell* for petitioner.  *Price Daniel,* Attorney General of Texas, and *Calvin B. Garwood, Jr.,* Assistant Attorney General, for respondent.

No. 351, Misc.  HURLEY *v.* CITY OF ATLANTA.  Court of Appeals of Georgia.  Certiorari denied.  MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Daniel Duke* for petitioner.  *J. C. Murphy* and *Henry L. Bowden* for respondent.

No. 261, October Term, 1949.  COBB *v.* COMMISSIONER OF INTERNAL REVENUE, 338 U. S. 832.  Motion for leave to file second petition for rehearing denied.

No. 85.  PERKINS *v.* BENGUET CONSOLIDATED MINING Co. ET AL., 342 U. S. 437; and

No. 272, Misc.  ROBINSON *v.* ILLINOIS, 342 U. S. 929. Petitions for rehearing denied.

No. 141, Misc.  EAGLE *v.* CHERNEY ET AL., 342 U. S. 873.  Second petition for rehearing denied.